IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Joseph Rodrigues, a single man,<br><br>               Plaintiff,<br><br>v.<br><br>USAA Comprehensive Welfare Benefits Plan, Number 519, an ERISA benefits plan; Liberty Life Assurance Company of Boston, a plan fiduciary; USAA's Executive Vice President, People Services, a plan administrator; and United Services Automobile Association, a plan sponsor,<br><br>               Defendants. | No. CV-14-01570-PHX-SRB<br><br>**ORDER** |

      Pursuant to stipulation and good cause appearing,

      IT IS ORDERED that this lawsuit is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

      Dated this 6th day of January, 2015.

                                                                                   Susan R. Bolton<br>
                                                                                  United States District Judge